UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60702-CIV-SEITZ/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

COMMODITIES ONLINE, LLC and
COMMODITIES ONLINE MANAGEMENT, LLC,

    Defendants.
_____/

## ORDER SETTING HEARING

The Court will hold a hearing on **Friday, September 30, 2011 at 10:00 AM**, to address the following motions: Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. [DE-74]; Motion for Order to Show Cause Why James Howard and Sutton Capital Should Not Be Held in Contempt For Violating This Court's Order [DE-75]; Motion for Protective Order for Depositions Presently Set for September 14, 2011 [DE-77]; Receiver's Second Interim Joint Application for Allowance and Payment of Compensation and Reimbursement of Expenses [DE-82]; and Second Interim Application for Fees and Costs for Receiver's Forensic Accountants, Kapila & Company [DE-83].

Any response to one of these motions that has not been filed shall be filed by **5:00 PM on September 26, 2011**. Any reply shall be filed by **5:00 PM on September 28, 2011**.

DONE and ORDERED in Miami, Florida this 23rd day of September, 2011.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record