CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 11-60702            Date 7/30/11
Clerk E. Henn                Reporter David Ehrlich
In-Court Time 3/4 hour

Pl. Atty. James Callson (SEC); Receiver - David Mandel by Nina Mandel

Def. Atty. J. Howard/Sutton Capital/Minjo Corp, etal. by Rashida Ivy + Horecia Walock

Style: SEC v. Commodities Online LLC

Reason for Hearing Pending Motions

Results of Hearing See Order

Misc.