UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60702-CIV-SEITZ/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

COMMODITIES ONLINE, LLC and
COMMODITIES ONLINE MANAGEMENT, LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND SETTING HEARING FOR OCTOBER 6, 2011, ON MOTION TO DISQUALIFY

THIS MATTER is before the Court following the September 30, 2011, hearing on pending motions. For the reasons stated on the record at the hearing, it is

ORDERED THAT

(1)     Non-Parties', Minjo Corporation, Minerales Mexico Iron, SACV, Inc., and Minerales Mexiron, LLC, Motion for Protective Order for Depositions Presently Set for September 14, 2011 [DE-77] is GRANTED. The witness for the non-parties failed to show up at the time, date and place for the deposition established by the subpoena, and Receiver's counsel failed to show up at the rescheduled location. Because the resolution of the motion to disqualify impacts this deposition, the deposition shall be rescheduled after the Court rules on the pending motion to disqualify.

(2)     Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. [DE-74] is CONTINUED to **October 6, 2011, at 2:30 PM.** Counsel shall meet and confer and exchange documentary exhibits and witness lists no later than **noon on October 5, 2011.** Counsel shall file exhibit lists and witness

lists (with estimated time for each witness) no later than **5:00 PM on October 5, 2011**.

(3) The Court will take up at a later date the Motion for Order to Show Cause Why James Howard and Sutton Capital Should Not Be Held in Contempt For Violating This Court's Order [DE-75], Receiver's Second Interim Joint Application for Allowance and Payment of Compensation and Reimbursement of Expenses [DE-82] and Second Interim Application for Fees and Costs for Receiver's Forensic Accountants, Kapila & Company [DE-83].

DONE and ORDERED in Miami, Florida this 3rd day of October, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record