IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 11-60702-CIV-SEITZ/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

COMMODITIES ONLINE, LLC
COMMODITIES ONLINE MANAGEMENT LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE

In accordance with the directions of the Court for the appearance of counsel on behalf of the law firm of **Ivy, Miller & Walker, P.A.,** for a hearing before the Court on October 5, 2011, and for the limited purpose of addressing "Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. [DE-74] and not for purposes of representing any party to this action, undersigned counsel appears on behalf of Ivy, Miller & Walker, P.A. Please forward copies of all pleadings, correspondence and discovery addressed to that Motion to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was electronically filed and served upon Barclay Cale, P.A., bcale@calelaw.com; James Michael Carlson, CarlsonJa@sec.gov, landualo@sec.gov; and Nina Stillman Mandel, nsmadel@mandel-law.com this 4th day of October, 2011.

                        Joseph P. Klock, Jr., FBN 156678
                        Rasco Klock Reininger Perez Esquenazi
                        Vigil & Nieto
                        283 Catalonia Avenue
                        Coral Gables, Florida 33134-6712
                        Telephone: 305.476.7111
                        Facsimile: 305.675.7707

                        /s/ _____
                        Joseph P. Klock, Jr.

4827-1455-1819, v. 1