UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60702-CIV-SEITZ/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

COMMODITIES ONLINE, LLC
COMMODITIES ONLINE MANAGEMENT LLC,

    Defendants,
_____/

## AMENDED EXHIBIT AND WITNESS LIST

| IMW NO. | DATE OFFERED | MARK | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 1 | | | | Letter dated March 28, 2011 from Horecia I. Walker, Esq. to Melissa J. Mitchell, Esq.(US SEC) re: representation of George Saliba/Mexico Minerales; witness - Horecia I. Walker |
| 2 | | | | Letter dated May 17, 2011 from Horecia I. Walker and Rashida M. Ivy, Esq. to Melissa J. Mitchell, Esq. (US SEC) re: representation of Andres Suarez; witness – Horecia I. Walker |
| 3 | | | | Letter dated June 2, 2011 from Ivy, Miller & Walker, P.A. to Robert Murphy, Esq. and Melissa J. Mitchell, Esq. re: representation of Andres Suarez, Rita, Balbirer, George Saliba, Minerales Mexiron LLC and Minerales Mexico Iron SACV; witness Horecia I. Walker |
| 4 | | | | Email dated July 22, 2011 from Frank Schwartz, Esquire (cc: Barclay Cale) to Rashida M. Ivy, Esq. re: requesting documents from Andres Suarez; witness – Rashida M. Ivy |
| 5 | | | | Email dated August 1, 2011 from Barclay Cale, Esq. (cc: Frank Schwartz) to Rashida M. Ivy, Esq. re: interview of Andres Suarez; witness – Rashida M. Ivy |
| 6 | | | | Email dated August 11, 2011 from Barclay Cale, Esq. (cc: David S. Mandel, Nina Mandel, Camellia Noreiga, Yolanda Sam & Kevin Fitzmaurice) to Rashida M. Ivy, Esq. re: acceptance of Service for James Howard, III in SEC matter; witness – Rashida M. Ivy |
| 7 | | | | Email dated August 13, 2011 from Barclay Cale, Esq. to Rashida M. Ivy, Esq. re: Deposition of Minjo Corp to occur at Ivy, Miller & Walker, P.A.; witness – |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Rashida M. Ivy |
| 7a | | | | | Email chain dated August 17, 2011 between Barclay Cale, Esq. and Rashida M. Ivy, Esq. re: confirming Deposition location and scope of deposition of Minjo Corp.; witness - Rashida M. Ivy |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Other Witnesses:
1. Camille J.L. Miller, Esq.
2. Any and all witnesses listed by the Receiver.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Exhibit and Witness List on *Receiver's Motion to Disqualify the Law Firm of Ivy Miller & Walker, PA* was electronically filed and served upon Barclay Cale, P.A., bcale@calelaw.com; James Michael Carlson, CarlsonJa@sec.gov, landualo@sec.gov; and Nina Stillman Mandel, nsmadel@mandel-law.com this 6th day of October, 2011.

Respectfully Submitted,

IVY, MILLER & WALKER, P.A.
700 East Atlantic Boulevard
Suite 201
Pompano Beach, FL  33060
Telephone (954) 691-4554
Facsímile (954) 944-0838

/s/
Rashida M. Ivy, Esq.
Florida Bar No: 0474230