**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 11-60702-CIV-SEITZ/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

COMMODITIES ONLINE, LLC and
COMMODITIES ONLINE MANAGEMENT, LLC,

Defendants.
_______________________________________/

**ORDER OF RECUSAL**

Last night attorney Joseph P. Klock, Jr. ("Klock") entered his appearance in this matter on behalf of the law firm and attorneys of Ivy, Miller & Walker, P.A. Klock's clients are presently subject to a motion to disqualify counsel and may also be called as witnesses in this case. Klock is the former law partner and father of the goddaughter of the undersigned Judge. The undersigned Judge is currently planning a bridal shower for Klock's daughter scheduled for next month. To avoid any basis to question the undersigned Judge's impartiality, she hereby recuses herself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

DONE AND ORDERED in Miami, Florida, this 6th day of October, 2011.

[signature]
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Pursuant to the above Order of Recusal entered by Patricia A. Seitz, United States District Judge and after a blind random drawing by the Clerk of this Court, all parties to this action are

noticed as follows:

1. That the above-styled cause be and the same is hereby reassigned to the calendar of Marcia G. Cooke, United States District Judge for all further proceedings;

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows: 11-60702-CIV-Cooke/Simonton, thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D. Fla. L.R. 5.1(a)(5)(B).

DONE and ORDERED in Miami, Florida, this 7th day of October, 2011.

**STEVEN M. LARIMORE**
CLERK/COURT ADMINISTRATOR

By: Tiffaney Betty
Deputy Clerk

cc: Judge Patricia A. Seitz
Magistrate Judge Andrea M. Simonton
All Counsel of Record
Edward Sieber, Case Administrator