UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60702-CIV-COOKE/TURNOFF
Magistrate William C. Turnoff - Order of Reference dated October 31, 2011 [D.E. #113]

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

COMMODITIES ONLINE, LLC
COMMODITIES ONLINE MANAGEMENT LLC,

        Defendants.

_____/

## MOTION FOR STATUS CONFERENCE

David S. Mandel, as Receiver for Commodities Online, LLC, and Commodities Online Management, LLC, hereby respectfully moves Magistrate Judge William C. Turnoff to schedule a status conference in the above-captioned matter and represents as follows:

1.      David S. Mandel was appointed Receiver of Commodities Online, LLC, and Commodities Online Management, LLC on April 1, 2011, pursuant to an Order entered by the Honorable Patricia A. Seitz. (D.E. #5).

2.      Since being appointed Receiver, the Receiver has moved vigorously to marshal the assets of the receivership estates. *See* Receiver's Status Reports. (D.E. #11 and D.E. #22).

3.      The Honorable Patricia A. Seitz recused herself from the above-captioned case and the case was reassigned to the Honorable Marcia G. Cooke (D.E. #105).

4.      At the time the case was transferred from the Honorable Patricia A. Seitz to the Honorable Marcia G. Cooke, there were four pending motions. Judge Cooke has decided two of the pending motions and referred all non-dispositive pretrial matters to Magistrate Judge William C. Turnoff. (D.E. #113).

5.      The non-dispositive motions pending before the Court are as follows:

A.      Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. (D.E. #74) (evidentiary hearing has been requested); and

B.      Motion for Order to Show Cause Why James Howard and Sutton Capital Should not be Held in Contempt for Violating this Court's Order (D.E. #75) (evidentiary hearing has been requested).

6.      Until the pending motion to disqualify the law firm (D.E. #74) is resolved, the Receiver's ability to discharge his duties are extremely limited.  For example, the Receiver's Motion for Order to Show Cause has been delayed because the scheduling of the evidentiary hearing will require the participation of counsel for James Howard and Sutton Capital, currently Ivy, Miller & Walker, P.A.  Until the pending motion regarding the disqualification of Ivy, Miller & Walker, P.A. is resolved by the Court, the coordination of counsel cannot occur and the motion for order to show cause cannot move forward.

7.      The Receiver's Amended Motion to Disqualify Ivy, Miller & Walker, P.A. also has prevented third-party witness discovery because that firm also represents several of the proposed deponents.  The issue of the firm's ability to act as counsel for these parties needs to be resolved by the Court, so that the third-party discovery, which is critical to the efforts of the Receiver, can continue.

**WHEREFORE**, the Receiver, David S. Mandel, respectfully moves The Magistrate Judge William C. Turnoff to schedule a Status Conference of all parties and counsel to review the pending motions and set a schedule for the completion of pretrial activities.

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted by,

BARCLAY CALE, P.A.
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone: (305) 416-3611
Facsimile: (305) 416-3612
bcale@calelaw.com

By /s/ E. Barclay Cale
    E. BARCLAY CALE
     Florida Bar No. 829056
    KEVIN M. FITZMAURICE
     Florida Bar No. 782068

MANDEL & MANDEL LLP
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile:  (305) 374-7776

NINA STILLMAN MANDEL
 Florida Bar No. 843016
*Counsel for David S. Mandel, Receiver*

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

      Pursuant to Local Rule 7.1(a)(3)(A), we hereby certify that counsel for the Receiver have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues.  The Securities and Exchange Commission and Ivy, Miller & Walker, P.A. do not object to the motion.  Joseph Klock, Esq., was contacted by email and has not responded.

      /s/ E. Barclay Cale
      E. BARCLAY CALE