UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60702-CIV-COOKE/Turnoff

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

COMMODITIES ONLINE, LLC, and
COMMODITIES ONLINE
MANAGEMENT, LLC,

    Defendants.
_____/

### ORDER DENYING MOTION AND SETTING HEARING

**THIS CAUSE** is before the Court upon the Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. (ECF No. 74), and the Receiver's Motion for Order to Show Cause Why James Howard and Sutton Capital Should not be Held in Contempt for Violating this Court's Order. (ECF No. 75). These matters were referred to the undersigned for resolution by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. (ECF No. 113). The undersigned conducted an evidentiary hearing on the motion to disqualify on December 22, 2011. (ECF No. 123). Upon consideration of the written and oral arguments and testimony, the applicable law, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Amended Motion to Disqualify the Law Firm of Ivy, Miller & Walker, P.A. (ECF No. 74) is **DENIED**, as the Receiver failed to meet the requisite burden of proof. The undersigned shall issue a written Order detailing his findings as

pertains to the motion to disqualify.

**PLEASE TAKE NOTICE** that a hearing on the Receiver's Motion for Order to Show Cause Why James Howard and Sutton Capital Should not be Held in Contempt for Violating this Court's Order (ECF No. 75) is scheduled to take place before the undersigned on **January 10, 2012, at 2:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 11th Floor, Miami, Florida, 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 28th day of December 2011.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    Counsel of Record