# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 18, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-14134-EE
Case Style: James Howard, et al v. Commodities Online, LLC, et al
District Court Docket No: 0:11-cv-60702-PAS

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

FILED by COS D.C.
ELECTRONIC

Feb. 3, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-14134-E

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

JAMES HOWARD,
SUTTON CAPITAL, LLC,

Interested Parties-Appellants,

versus

COMMODITIES ONLINE, LLC,
COMMODITIES ONLINE MANAGEMENT, LLC

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

Before: HULL, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. James Howard and Sutton Capital, LLC, ("appellants") appeal an order denying their request for a stay of enforcement of an order requiring them to turnover some $1,450,000 to a receiver and ordering their attorney to show cause as to the reasonable inquiry he performed before representing to the district court that Howard did not have time to prepare for the hearing leading to the turnover order. However, the

order denying a stay is not immediately appealable pursuant to the collateral order doctrine or as an injunction, 28 U.S.C. § 1292(a)(1). *Feldspar Trucking Co. v. Greater Atlanta Shippers Ass'n, Inc.*, 849 F.2d 1389, 1391-92 (11th Cir. 1988). The show cause order is not final, as proceedings are ongoing, and not otherwise appealable pursuant to any exception to the finality rule. *See* 28 U.S.C. § 1291.