UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60702-Civ-COOKE/TURNOFF

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff

vs.

COMMODITIES ONLINE, LLC, *et al.*,

    Defendants.

_____/

### ORDER GRANTING RECEIVER'S FORENSIC ACCOUNTANT'S SIXTH INTERIMAPPLICATION FOR FEES AND COSTS FOR THE PERIOD FROM FEBRUARY 1, 2012 THROUGH MARCH 31, 2012

THIS MATTER is before me on Receiver's Forensic Accountant's Sixth Interim Application for Fees and Costs for the Period from February 1, 2012, through March 31, 2012. (ECF No. 199). No opposition has been filed to this Motion. Having reviewed the Motion and its attached exhibits, the record, and the relevant legal authorities, I find that good cause exists for granting the Motion. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Receiver's Forensic Accountant's Sixth Interim Application is **GRANTED**.

2. The Receiver is authorized to immediately make payments of compensation and reimbursement of expenses as follows:

| Name | Status | Time Period | Amount of Fees | Amount of Costs |
|---|---|---|---|---|
| Kapila & Company | Forensic Accountants for Receiver | 02/01/2012-03/31/2012 | $17,532.40 | $288.52 |

**DONE and ORDERED** in chambers at Miami, Florida, this 1st day of August 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*