UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60702-Civ-COOKE/TORRES

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,
vs.

COMMODITIES ONLINE, LLC, *et al.*,

      Defendants.
_____/

### ORDER APPROVING RECEIVER'S FINAL REPORT AND GRANTING RECEIVER'S MOTION TO CLOSE RECEIVERSHIP

THIS CAUSE is before me upon the Receiver's Final Status Report and Motion to Close Receivership, filed on August 14, 2018 (ECF No. 337). The Court has reviewed the Final Report and approves and accepts the Final Report. Further, the Court has reviewed the Motion to Close the Receivership and specifically grants the relief requested and directs the Receiver to take any further actions he deems necessary to conclude the business of the Receivership, including the destruction of all computers and documents. The Court further finds that when the Receiver has completed the remaining tasks identified in the Final Report, David S. Mandel will have fully satisfied his obligations as Receiver in this matter.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Receiver's Motion to close the Receivership and to relieve the Receiver of all further obligations in this matter is **GRANTED**. Once the Receiver has completed the obligations set forth in this Order and has taken any other steps the Receiver believes are necessary and proper to conclude his duties as Receiver, David S. Mandel shall be relieved of all further obligations as Receiver for Commodities Online, LLC and Commodities Online Management, LLC, and this Receivership shall be terminated. At that time, the Receiver shall file a notice of completion of duties with the Court and the Receivership shall be deemed terminated as of the date of that notice.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of September 2018.

*[Signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*